U.S. District Court
Southern District of Mississippi

Dwight A. Howard #7700020707

V.

Hinds County, The Hinds County Board Of Supervisors; Tyress Jones, Hinds County Sheriff, In His Official Capacity;

Civil No. 000-000-000-000

3:24-CV-697-CWR-LGI

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 04 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

## Complaint

This complaint is on Deputy Wilson and Sgt. Fred. On 10-13-24, C-1 was trying to get they rec. yard. Deputy Wilson, all the time let C-2 on the rec. yard. When it's come to C-1, she never let us on the rec. yard. Deputy Wilson, come up with a excuse. On 10-12-24, Deputy Wilson, said, "she got to work B pod and C-pod cause they short of staff."

On 10-13-24 Deputy Wilson be letting inmates run off every zone. Soon as, a inmate come off C-1. Deputy Wilson, want to call shift commander, that we came off C-1. Screaming and holler at the inmates come off C-1. Adminstration in Hind County Detetion facility scrared of C-2, C-3, and C-4 inmates. C-1, is the best zone in the facility facility.

We, don't get a hour on the rec. yard. Messing with Deputy Wilson we don't get that.