U.S. District Court
Southern District of Mississippi
Northern Division

Dwight A. Howard                                    Plaintiff
    V.                              Civil Action No. 3:24-cv-697-CWR-LGI
Hinds County, ET Al.                               Defendants



## Notice of Voluntary Dismissal

want to dismiss case. I'm no longer in Hinds County Jail.

                                                  Dwight A. Howard
                                                    Sincerity